IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:12-CV-1099-WKW [WO] |
| SOUTHERN FARMS, INC., *et al.*, | ) ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of Defendants' motions to dismiss the amended complaint (Docs. # 34, 35), it is ORDERED that the motions are DENIED. An opinion will follow.

DONE this 12th day of December, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE